United States District Court
Western District of Michigan
Southern Division

Matthew Keith Alward,

v

Jordan Rieck, Ian Howard, Aaron Kowalski, Craig White, City of Madison Heights, Madison Heights Police Department,

Case: 1:24-cv-1228
Hala Y. Jarbou
Chief U.S. District Judge

## Complaint

Now comes Matthew Alward (Alward), pro sé, respectfully submitting this Complaint and brings claims under 42 USC § 1983 against Jordan Rieck, Ian Howard, Aaron Kowalski, Craig White (collectively, the "Officer Defendants") in their Individual and proffesional Capacities as well as against the City of Madison Heights and the Madison Heights Police Department. Alward brings forthe the violation of his 4th, 5th, 6th, 8th, and 14th Admendments. Alward also brings to the Court the felonious acts Committed by officer Defendants including but not limited to perjury, bribery, public scandal, unlawful arrest, unlawful detainment and slander as

as defamation. Alward will submit proof to the Court backing his claims which in turn caused punitive damages, mental anguish and ultimately put Alward in a position where he was sexually assaulted and physically assaulted.

- On or about July 30, 2019 the officer Defendants submitted a sworn Affidavit to a Judge alleging that Scott A. Witzke submitted to them privelaged information of a package containing drugs was going to be delivered to Alwards home address in Lansing Michigan. On August 2, 2019 Alwards home address was raided by Lansing Police department executing a warrant obtained by the Officer Defendants. Alward was arrested for the contents of said package containing 164 grams of Methamphetamine. On or about August 8, 2019 Scott Witzke learned of the Affidavit that was submitted to a Judge for signing contained his name and ultimately put the "Informant" label on him. Witzke was not happy and emailed Madison Heights Police Chief regarding this perjured information stating he did not do this. Witzke supplied Alward with a copy of the email conversation held between him and the Police Chief that clearly states that

Witzke was not involved in the informant business and eventually was offered a bribe to go along with the contents of the affidavit. The Chief paid Witzke $2,000.00 for his corraberation of events, to go along with the lies. By buying Witzkes testimony he invalidated the warrant, the perjury did as well which violated Alwards 4th Admendment rights as well. Alward demands the Justice for his rights being violated and him being detained for over 5 years now. Alward demands a Jury trial for these events to be decided upon the actions of the Defendants.

Respectfully

*[signature]* 11/12/24

Matthew Alward 22732-040
Federal Correctional Institution
FCI Cumberland
PO Box 1000
Cumberland, MD 21501-1000

BALTIMORE MD 212
13 NOV 2024 PM 5 L





RECEIVED (GR)
US District Court Clerk
NOV 18 2024
Western Michigan

⇔22732-040⇔
Usdistrict Court Western Mi
Court Clerk
110 Michigan ST NW
650 Federal Building
Grand Rapids, MI 49503
United States

49503-236399